The People of the State of Colorado, Petitioner v. Matt William Snodgrass. Respondent No. 22SC49
Supreme Court of Colorado, En Banc
May 16, 2022
 
           Court
 of Appeals Case No. 18CA597
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE HOOD and JUSTICE SAMOUR would grant as to the
 following issues:
 
 
          Whether,
 in order to apply the good faith exception to the
 exclusionary rule of Davis v. United States, 564
 U.S. 229 (2011) and section 16-3-308(1) and (2)(b), C.R.S.
 (2021), that applies when court precedents have been
 overruled, the precedent must be "binding" or
 incapable of being distinguished.
 
 
          Whether
 the court of appeals erred by not applying the statutory and
 caselaw good faith exceptions to the exclusionary rule where
 law enforcement officers did not foresee that, two years
 after the search at issue, the passage of Amendment 64 would
 change this court's caselaw concerning the use of
 drug-detection dogs.
 
 1